```
FILED
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-cr-431 GEB
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Michael Williams, )
)
_____ )
Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Williams  Case 2:06-cr-431 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of _____

      __ Unsecured bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond secured by Real Property

      __ Corporate Surety Bail Bond

      X  (Other) Modified PTS conditions/supervision; 3rd party custody of parents

Issued at Sacramento, CA on 10/23/06 at 4:22 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge