DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0431-GEB |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| v. | ) | |
| MICHAEL WILLIAMS, | ) | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed to between the Defendant, Michael Williams, by and through his undersigned counsel, Assistant Federal Defender Lexi Negin, and the United States of America, by and through his undersigned counsel, Laurel White Assistant United States Attorney, that the previously scheduled status conference hearing date of November 17, 2006 be vacated and the matter set for status conference on December 8, 2006 at 10:00 am..

The reason for this continuance is the defense attorney is currently involved in a jury trial before Honorable Judge Morrison C. England Jr. and will be unavailable for court on November 17, 2006.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 17, 2006, be continued until December 8, 2006. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from November 17, 2006, to December 8, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare his defense.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: November 17, 2006

                  Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Laurel White<br>LAUREL WHITE<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Michael Williams |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0431-GEB |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| MICHAEL WILLIAMS, ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on November 17, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for November 17, 2006, be continued until Friday, December 8, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 17, 2006 stipulation, the time under the Speedy Trial Act is excluded from November 17, 2006, through December 8, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  November 17, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2