DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0431-GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| v. | |
| MICHAEL WILLIAMS, | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | |

        IT IS HEREBY STIPULATED and agreed to between the Defendant, Michael Williams, by and through his undersigned counsel, Assistant Federal Defender Lexi Negin, and the United States of America, by and through  his undersigned counsel, Laurel White Assistant United States Attorney, that the previously scheduled status conference hearing date of January 19, 2007, be vacated and the matter set for status conference on February 16, 2007 at 9:00 am..

        The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 19, 2007, be continued until February 16, 2007.  In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from January 19, 2007, to February 16, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to investigate and prepare.

        A proposed order is attached and lodged separately for the court's convenience.

DATED:January 22, 2007

1

Respectfully submitted,

McGREGOR W. SCOTT                     DANIEL BRODERICK
United States Attorney                Federal Defender


 /s/Laurel White by Lexi Negin          /s/ Lexi Negin
LAUREL WHITE                         LEXI NEGIN
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Michael Williams

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0431-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| MICHAEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on January 22, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for January 19, 2007, be continued until Friday, February 16, 2007, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 22, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 19, 2007, through February16, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:  January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2