DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0431-GEB |
| Plaintiff, | ) ) | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING AND |
| v. | ) ) | TO AMEND PSR OBJECTIONS SCHEDULE |
| MICHAEL WILLIAMS, | ) | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | ) ) ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED and agreed to between the Defendant, Michael Williams, by and through his undersigned counsel, Assistant Federal Defender Lexi Negin, and the United States of America, by and through his undersigned counsel, Laurel White Assistant United States Attorney, that the previously scheduled sentencing hearing date of June 29, 2007, be continued and the matter set for sentencing on August 31, 2007 at 9:00 am..

   The parties, through their respective counsel, hereby stipulate and agree that more time is needed for defense preparation of sentencing and to complete obligations with the government pursuant to the plea agreement.  The parties are in agreement that the schedule for formal objections to the PSR should be amended so that formal objections are due on August 17, 2007 and any reply to such objections are due on August 24, 2007.

   A proposed order is attached and lodged separately for the court's convenience.

DATED: June 19, 2007

1

1                 Respectfully submitted,

2   McGREGOR W. SCOTT                 DANIEL BRODERICK
    United States Attorney                    Federal Defender

4

5   /s/Laurel White by Lexi Negin         /s/ Lexi Negin
    LAUREL WHITE                         LEXI NEGIN
    Assistant U.S. Attorney                 Assistant Federal Defender
6   Attorney for United States             Attorney for Michael Williams

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL WILLIAMS,<br><br>    Defendant.<br>_____ | No. CR-06-0431-GEB<br><br>ORDER CONTINUING SENTENCING AND AMENDING SCHEDULE FOR FORMAL OBJECTIONS AND SENTENCING MEMORANDA |

    For the reasons set forth in the stipulation of the parties, filed on June 19, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for June 29, 2007, be continued until Friday, August 31, 2007, at 9:00 a.m. It is further ORDERED that formal objections to the PSR are due on August 17, 2007, and any reply thereto are due on August 24, 2007.

Dated: June 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2