McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-431-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　WHEREAS, on July 11, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Michael Williams forfeiting to the United States the following property:

　　　　　　a.　One Dell Dimension 8400 Computer, Serial Number 5VXZB51,

　　　　　　b.　One 160 GB Seagate hard drive, Serial Number 3JS3MN15, and

　　　　　　c.　One Hewlett Packard CD-R.

　　　AND WHEREAS, on July 27, August 3 and 10, 2007, the United States published notice of the Court's Preliminary Order of

1

1  Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of
2  general circulation located in the county in which the subject
3  property was seized.  Said published notice advised all third
4  parties of their right to petition the Court within thirty (30) days
5  of the publication date for a hearing to adjudicate the validity of
6  their alleged legal interest in the forfeited property;
7       AND WHEREAS, the Court has been advised that no third party has
8  filed a claim to the subject property, and the time for any person
9  or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting to
12 the United States of America all right, title, and interest in the
13 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
14 of according to law, including all right, title, and interest of
15 Michael Williams.
16      2.  All right, title, and interest in the above-listed property
17 shall vest solely in the United States of America.
18      3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20 September 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge