DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0431 (GEB) |
| Plaintiff, ) | MOTION FOR BRIEF EXTENSION OF SELF-SURRENDER DATE |
| v. ) | Judge: Garland E. Burrell, Jr. |
| MICHAEL WILLIAMS ) | |
| Defendant. ) | |

Mr. Michael Williams, through undersigned counsel, respectfully requests that the Court extend his self-surrender date from October 12, 2007, to November 2, 2007.  The reason for the request is that the Bureau of Prisons has not yet designated a facility for Mr. Williams.  The United States Marshal Service informed counsel that the designation should be complete within the next two weeks and in time for Mr Williams to surrender to the designated facility by November 2, 2007.

Government counsel, Laurel White, does not object to the brief continuance requested.  A proposed order is attached.

1

DATED: October 9, 2007

                    Respectfully submitted,

DANIEL BRODERICK
Federal Defender


 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for MICHAEL WILLIAMS

2

DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0431 (GEB) |
|---|---|
| Plaintiff, | ) PROPOSED ORDER |
| v. | ) |
| MICHAEL WILLIAMS | ) |
| Defendant. | ) |

Upon consideration of defendant's unopposed Motion to Extend Self-Surrender Date it is hereby:

ORDERED, that defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is further,

ORDERED, that the defendant, Michael Williams, surrender to the facility designated by the Bureau of Prisons, by 2:00 p.m. on the 2nd day of November, 2007. If no such designation is complete, then Mr. Williams is directed to surrender to the United States Marshal Service by 2:00 p.m. on the 2nd day of November, 2007.

Dated: October 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3