1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorneys for Defendant
MICHAEL WILLIAMS

6

7 |               IN THE UNITED STATES DISTRICT COURT

8 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,        )   No. CR-06-0431 (GEB)
                                    )
10 |              Plaintiff,          )   STIPULATION AND PROPOSED ORDER FOR
                                    )   ONE WEEK EXTENSION OF SELF-
11 |      v.                          )   SURRENDER DATE
                                    )
12 | MICHAEL WILLIAMS                 )   Judge:  Garland E. Burrell, Jr.
                                    )
13 |              Defendant.          )
                                    )
14 | _____ )

15 |        Mr. Michael Williams, through undersigned counsel, respectfully requests that the Court extend

16 | his self-surrender date from November 2, 2007, to November 9, 2007.  The reason for the request is that

17 | the Bureau of Prisons designated Mr. Williams on Monday, October 29, 2007, to a facility in Texas and

18 | he

19 |        Government counsel, Laurel White, stipulates that Mr. Williams' self-surrender date should be

20 | continued for one week to allow him to travel to the facility.  A proposed order is attached.

21 | DATED: October 30, 2007

22 |              Respectfully submitted,

23 | McGREGOR W. SCOTT              DANIEL BRODERICK
United States Attorney          Federal Defender
24

25

   /s/Laurel White by Lexi Negin       /s/ Lexi Negin
26 | LAUREL WHITE                   LEXI NEGIN
Assistant U.S. Attorney         Assistant Federal Defender
27 | Attorney for United States      Attorney for Michael Williams

28
                                    1

1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,

No. CR-06-0431 (GEB)

5

Plaintiff,

PROPOSED ORDER

6

v.

7

MICHAEL WILLIAMS

8

Defendant.

9

10    Upon consideration of defendant's unopposed Motion to Extend Self-Surrender Date it is hereby:

11    ORDERED, that defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is

12 further,

13    ORDERED, that the defendant, Michael Williams, surrender to the facility designated by the

14 Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on the 9TH day of November,

15 2007.

16

17 Dated: October 30, 2007

18

GARLAND E. BURRELL, JR.

19

United States District Judge

20

21

22

23

24

25

26

27

28

2