IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES,                    )
                                  )    2:06-cr-00431-GEB
          Plaintiff,              )
                                  )    ORDER
     v.                           )
                                  )
MICHAEL WILLIAMS,                 )
                                  )
          Defendant.              )
_____)
```

Since it has not been shown that the undersigned Judge has authority to consider Michael S. Williams's letter which was filed on October 15, 2007, what is requested in that filing is denied.

IT IS SO ORDERED.

Dated:  December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1